IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEMETRIA ROBERSON                                                                                    PLAINTIFF
*on behalf of*
R. R.

vs.                                       Civil No. 4:12-cv-04043

MICHAEL J. ASTRUE,                                                                                   DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

On July 18, 2012, Defendant filed a Motion to Remand. ECF No. 8.[1] Plaintiff responded to this Motion and has no objections. ECF No. 9. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Defendant requests a remand so the Commissioner may conduct further administrative proceedings and further evaluate Plaintiff's disability status. Specifically, Defendant requests the case be remanded to an ALJ for evaluation of additional medical evidence, including evidence from Temple Memorial Rehabilitation Center, Vista Health, a psychiatric evaluation from Karen J. Reinertsen, M.D., and progress notes from an advanced nurse practitioner (APN).

This Court finds this motion is well-taken and should be granted. The Commissioner's

---

[1] The docket numbers for this case are referenced by the designation "ECF No." The transcript pages for this case are referenced by the designation "Tr."

1

decision is reversed, and this matter is hereby remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. In addition, the undersigned finds the Plaintiff's Complaint should be and hereby is dismissed without prejudice. Plaintiff may still, however, file a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 1st day of August 2012.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE